# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| SIA Construction, Inc. | ) | ASBCA No. 57693 |
| | ) | |
| Under Contract No. NNJ-05-JH68B | ) | |

APPEARANCES FOR THE APPELLANT:    Brock C. Akers, Esq.
    The Akers Firm, PLLC
    Houston, TX

APPEARANCES FOR THE GOVERNMENT:    Scott W. Barber, Esq.
    NASA Chief Trial Attorney
    Warnecke Miller, Esq.
    Lisa A. Terrell, Esq.
    William T. Morrow, Esq.
    Trial Attorneys
    Johnson Space Center, TX

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 March 2016

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57693, Appeal of SIA Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals